14SL-CC03518

Electronically Filed - St Louis County - October 17, 2014 - 02:57 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| GLENN BRADTKE, DEBBIE BRADTKE and DANIEL BRADTKE, <br><br> Plaintiffs, <br><br> vs. <br><br> REPUBLIC SERVICES, INC., <br> Serve: <br> HOLD SERVICE <br> and <br><br> ALLIED SERVICES, LLC., d/b/a Republic Services of Bridgeton, <br> Serve: <br> HOLD SERVICE <br><br> and <br><br> BRIDGETON LANDFILL, LLC., <br> Serve: <br> HOLD SERVICE <br><br> Defendants | Cause No. <br><br> Division No. <br><br> JURY TRIAL DEMANDED |

## PETITION FOR DAMAGES - NUISANCE

Come now Plaintiffs, Glenn Bradtke, Debbie Bradtke and Daniel Bradtke, by and through their attorneys, for their cause of action against Defendants Republic Services, Inc., Allied Services, LLC, d/b/a Republic Services of Bridgeton and Bridgeton Landfill, LLC (collectively "Defendants") state as follows:

1. Defendants collectively own and/or operate approximately fifty-two (52) acres of land that is/was used as a landfill, located at 13570 St. Charles Rock Rd., Bridgeton, MO 63044 ("Bridgeton Landfill").

Electronically Filed - St Louis County - October 17, 2014 - 02:57 PM

2. Plaintiffs are owners and/or occupants of real property located at 12809 Spanish Village Drive in Bridgeton, Missouri, and bring this action for damages against Defendants for permanent or temporary nuisance, based on noxious, offensive and putrid odors and other emissions emanating from Defendants' landfill.

3. Plaintiffs have resided at 12809 Spanish Village Drive in Bridgeton, Missouri either continuously or for substantial periods from November 1, 2010 until the present.

4. Defendant Republic Services, Inc. is a Delaware Corporation, with its principal place of business in the State Arizona. Defendant Republic Services, Inc. conducts business in the State of Missouri. At all times herein mentioned Defendant Republic Services, Inc. was acting through its agents, servants, and employees, all of whom were acting within the scope and course of their employment with the express knowledge, consent, control and direction of Defendant Republic.

5. Defendant Allied Services, LLC, d/b/a Republic Services of Bridgeton, is a Delaware limited liability company, with its principal place of business in the State of Arizona. Defendant Allied Services, LLC, d/b/a Republic Services of Bridgeton conducts business in the State of Missouri. At all times herein mentioned Defendant Allied Services, LLC, d/b/a Republic Services of Bridgeton was acting through its agents, servants, and employees, all of whom were acting within the scope and course of their employment with the express knowledge, consent, control and direction of Defendant Allied Services, LLC, d/b/a Republic Services of Bridgeton.

6. Defendant Bridgeton Landfill, LLC, is a Delaware limited liability company with its principal place of business in the State of Missouri. At all times herein mentioned Defendant Bridgeton Landfill, LLC, was acting through its agents, servants, and employees, all of whom were acting within the scope and course of their employment with the express knowledge, consent, control and direction of Defendant Bridgeton Landfill, LLC.

7. Defendants have owned and/or operated the Bridgeton Landfill for all times relevant to this Petition, but at least as of November 1, 2010.

8. Upon information and belief Defendant Bridgeton Landfill, LLC is the owner of the Bridgeton Landfill, while Defendants Republic Services, Inc. and Allied Waste Services, LLC, d/b/a Republic Services of Bridgeton, operate the Bridgeton Landfill.

9. Venue is proper pursuant to §508.010 RSMo. in that all events alleged herein occurred in St. Louis County, Missouri.

10. Beginning in late 2010 or early 2011, as a consequence of an underground fire, noxious, offensive and/or putrid odors and other emissions have emanated from the Bridgeton Landfill and reached Plaintiff's property, creating a physically offensive nuisance.

11. On July 23, 2012, MDNR issued a Notice of Violation to the Bridgeton Landfill, LLC, documenting that Bridgeton landfill was being operated in such a manner as to cause, or permit to exist, conditions that resulted in the migration of noxious or offensive orders from its premises.

12. These odors and emissions are substantial, in many cases exceeding the regulatory limits.

13. MDNR determined that Bridgeton Landfill was being operated in a manner that caused a public nuisance in violation of §260.210.1(4) RSMo.

14. On January 31, 2013, the St. Louis County Department of Health conducted a compliance inspection of the Bridgeton Landfill and found odors equal to or exceeding the 7:1 ratio established by 10 C.S.R. 10-61.165.

15. At the residence of the Plaintiffs and surrounding areas, the odors and/or emissions can be detected by human smell.

16. The noxious, offensive, and putrid odors and emissions make being outside at or near Plaintiffs' residence for any period of time very difficult and unpleasant. Consequently, Plaintiffs are unable to enjoy the use of their property outside of their homes.

17. Due to the noxious, offensive and putrid odors and other emissions, Plaintiffs experience annoyance, discomfort, and other physical responses to the odor and emissions.

18. In addition, the noxious, offensive, and putrid odors and other emissions are such that they require Plaintiffs to keep their windows closed, when they otherwise would not.

19. The odors and emissions have denied Plaintiffs the ability to breathe fresh, clean air.

20. For over two years, Defendants have repeatedly failed and refused to remediate the subsurface smoldering event in spite of the daily annoyance and distress of Plaintiffs.

21. Further, a subsurface smoldering event does not ordinarily occur in the absence of negligence.

22. Upon information and belief, Defendants have no reliable estimate as to how much longer the nuisance will continue.

Electronically Filed - St Louis County - October 17, 2014 - 02:57 PM

23. Plaintiffs have been injured by Defendants' nuisance as described above. Plaintiffs' injuries include loss of use and enjoyment of the property, annoyance, discomfort, economic loss, including loss of value to their house, and physical ailments.

WHEREFORE, Each Plaintiff respectfully prays that this Court enter judgment in their favor and against Defendants, jointly and severally, and to award compensatory in an amount greater than $25,000.00, plus costs incurred in bringing this suit, and for such other and further relief as this Court deems just and proper.

FINNEY LAW OFFICE, LLC

*Dan Finney*

Daniel P. Finney, Jr., #26389
Daniel P. Finney, III, #57765
1735 S. Big Bend Blvd.
St. Louis, Missouri 63117
(314) 646-0300 Tel.
(314) 646-0303 Fax.
dan@finneylawoffice.com
dan3@finneylawoffice.com